```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
RUTH BROWN,

                               Plaintiff,           **23-CV-680 (VSB) (KHP)**

                                                           **ORDER**

                 -against-

CHRISTINE MCCARTIN,

                               Defendant,
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the Case Management Conference held on May 16, 2024:

By **Thursday, May 23, 2024**:

- Plaintiff must provide Defendant with employment records pertaining to Plaintiff's three prior motor accidents that occurred while Plaintiff was employed by the Metropolitan Transit Authority.

- Plaintiff must provide medical authorizations from the Worker's Compensation Independent Medical Examination ("IME") Doctors Semble and McIntyre.

Any subpoenas concerning records of the three prior accidents must be issued by **Thursday, May 30, 2024**. Fact discovery is hereby extended by 90 days from today, ending on **Wednesday, August 14, 2024**. Defendant is permitted to re-depose Plaintiff concerning her surgery that took place in December 2023, and resulting treatment. Affirmative expert reports are due **Friday, September 13, 2024** and rebuttal expert reports are due **Monday, October 14, 2024**. Expert depositions must be taken by **Wednesday, November 13, 2024**.

1

The parties must file a joint status letter by **Monday, June 17th, 2024**, informing the Court of the status of discovery.

**SO ORDERED.**

DATED:	New York, New York
	May 17, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge