UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RUTH BROWN,

                   Plaintiff,

      - against -

CHRISTINE MCCARTIN,

                 Defendant
-----------------------------------------------------------X

23-CV-680 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      In light of the parties' ongoing discovery, the post-discovery conference scheduled for Tuesday, June 11, 2024, at 1:00 p.m. is adjourned *sine die*.

SO ORDERED.

Dated: June 7, 2024
      New York, New York

Vernon S. Broderick
United States District Judge