```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RUTH BROWN,

                                          Plaintiff,                              23-CV-680 (VSB) (KHP)

                                                                         **POST-CONFERENCE ORDER**

                -against-

CHRISTINE MCCARTIN,

                                          Defendant,
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        As discussed at the Case Management Conference on September 16, 2024, the discovery schedule is revised as follows: Defendant shall file the vocational expert report by **October 14, 2024**, and Plaintiff may file a rebuttal report by **November 14, 2024**. The deadline to complete expert depositions is **November 29, 2024**.

        To the extent Plaintiff intends to file a motion for summary judgment on the issue of liability, that motion is due on **December 31, 2024**. The opposition to the motion for summary judgment is due **January 31, 2025**, and the reply is due **February 14, 2025**.

**SO ORDERED.**

DATED:     New York, New York
                  September 16, 2024

                                                               _____
                                                                KATHARINE H. PARKER
                                                                United States Magistrate Judge